Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.

**No. 61410.**—Balfour Guthrie & Co., Ltd., et al. *v.* United States, protests 266583–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.

**No. 61411.**—C. A. Andres & Co. *v.* United States, protest 297242–K (B) (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiff was sustained.

**No. 61412.**—Alltransport, Incorporated, et al. *v.* United States, protests 273734–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of gelatin sponges similar in all material respects to those the subject of *United States* v. *Alltransport, Inc.* (44 C. C. P. A. 149, C. A. D. 653), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 18, 1957

**No. 61413.**—Columbus-Dixon, Inc. *v.* United States, protest 267393–K (New York).